UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 18-11102-MPK |
| | ) | |
| DANNY KELLY, | ) | |
|       Respondent. | ) | |

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE

NOW COMES Respondent Danny Kelly and moves, with the assent of the government and Probation, to temporarily modify the Order of Conditional Release in this matter to allow him to attend his granddaughter's birthday party at his daughter's home on August 15, 2020.

As grounds, the Respondent asserts that he has been in substantial compliance with the Order of Condition Release since the Court issued it in 2019, and since his early 2020 discharge from Tewksbury State Hospital to his home, where he lives with his wife and son.

Mr. Kelly's daughter lives with her husband and soon to be one-year-old daughter in Nashua, New Hampshire. Mr. Kelly's presence at the birthday party will be of benefit to him, his family, and will pose no danger to the community. Mr. Kelly will travel to and from Nashua accompanied by his wife.

WHEREFORE, Respondent requests the Court grant this request and temporarily modify the Order of Conditional Release to permit him to be outside his home between the hours of 7:00 a.m. and 6:00 p.m. on Saturday, August 15, 2020, for the purpose of attending his granddaughter's birthday party. Mr. Kelly shall remain in the presence of his wife or other family member at all times that he is outside of his home.

Respectfully submitted,

DANNY KELLY,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

August 13, 2020

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, August 13, 2020.

/s/ Ian Gold