UNITED STATES OF AMERICA,     )
               )
v.               )   CIVIL NO. 18-11102-MPK
               )
DANNY KELLY,        )
     Respondent.    )

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE
**(assented to)**

NOW COMES Respondent Danny Kelly and moves, in consultation with Probation and with the assent of the government, to temporarily modify the curfew condition of the Order of Conditional Release while his sister is visiting, to allow him to participate in family outings that extend into the evening hours. The Order provides for a 7:00 p.m. curfew. "Second Order of Conditional Release," ECF 50, 09/22/2020, at ¶ 4. Respondent requests the curfew be extended until 10:00 p.m. between the dates of July 2 and July 6, 2021. No other changes are requested.

Respondent and respondent's counsel have consulted with Probation and the government about this request. Probation and the government assent to this request

WHEREFORE, Respondent requests the Court grant this request and extend the curfew provided for in the Second Order of Conditional Release from 7:00 p.m. to 10:00 p.m. between the dates between July 2 and July 6, 2021.

Respectfully submitted,

DANNY KELLY,
By his attorney,

/s/Ian Gold


Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com


June 25, 2021


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Jun, 25, 2021.

/s/ Ian Gold