UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 18-11102-MPK |
| | ) | |
| DANNY KELLY, | ) | |
|          Respondent. | ) | |

**MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE**
**(assented to)**

      NOW COMES counsel for the Respondent, Danny Kelly, and moves, in consultation with and with the assent of Probation and Mr. Kelly's treatment team, and with the assent of the government, to temporarily modify the curfew and residence restriction conditions of the Order of Conditional Release, to allow Mr. Kelly and his wife to spend an overnight at a hotel or similar lodging in Western Massachusetts on Friday, October 1, 2021, and to return before 10:00 p.m. the following day, October 2, 2021. The Order currently provides for a 7:00 p.m. curfew and that Mr. Kelly maintain his residence. "Second Order of Conditional Release," ECF 50, 09/22/2020, at ¶ 4.

      Respondent requests the curfew be extended until 10:00 p.m. on October 1 and October 2, and that he be permitted to spend an overnight at a hotel or similar lodging on October 1. The address of the hotel will be provided to Probation in advance.

      No other changes are requested at this time. Mr. Kelly shall remain in the presence of his wife, who serves as a third party custodian, during the period.

Respondent's counsel has consulted with Probation, Mr. Kelly's treatment team, and the government about this request. Probation, Mr. Kelly's treatment team, and the government assent to this request

WHEREFORE, Respondent requests the Court grant this request and extend the curfew provided for in the Second Order of Conditional Release from 7:00 p.m. to 10:00 p.m. on the dates of October 1 and October 2, 2021, and allow Mr. Kelly to spend the night of October 1, 2021 at a hotel or similar lodging in Western Massachusetts.

        Respectfully submitted,

        DANNY KELLY,
        By his attorney,

        /s/Ian Gold

        Ian Gold (BBO #665948)
        185 Devonshire Street, Suite 302
        Boston, MA 02110
        (617) 297-7686 (office & mobile)
        ian.gold@iangoldlaw.com

September 29, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Sept., 29, 2021.

        /s/ Ian Gold