UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 18-11102-MPK |
| | ) | |
| DANNY KELLY, | ) | |
|           Respondent. | ) | |

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE
**(assented to)**

NOW COMES counsel for the Respondent, Danny Kelly, and moves, in consultation with and with the assent of Probation, and with the government's assent, to modify the Second Order of Conditional Release–"Second Order of Conditional Release," ECF 50, 09/22/2020–as follows:

Notwithstanding the provision of paragraph 4, which requires that Mr. Kelly be in the presence of a family member or member of his treatment team as a chaperone when outside the home, it is ORDERED that:

Mr. Kelly is permitted to be outside the home for the purpose of walking the dog without a chaperone for one hour three times a week. These walks shall take place on the following schedule: Mondays, Wednesdays and Fridays, from 9:00 a.m. to 10:00 a.m., unless another schedule is approved in advance by Probation.

Mr. Kelly is permitted to drive himself to and from his daughter's home without a chaperone. Mr. Kelly is permitted to be at his daughter's[1] home between the hours of 6:00 a.m.

---

[1] The defendant assents to Probation making third party risk notification to Mr. Kelly's daughter.

and 7:00 p.m. for the purpose of installing cabinets or performing other useful work, so long as his daughter or other family member approved in advance by Probation is present in the home.

All other provisions of the Second Order of Conditional Release remain in effect.

WHEREFORE, Respondent requests the Court grant this request and adopt the proposed modification to the Second Order of Conditional Release

Respectfully submitted,

DANNY KELLY,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

December 22, 2021.

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Dec., 22, 2021.

/s/ Ian Gold