UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 18-11102-MPK |
| | ) | |
| DANNY KELLY, | ) | |
|           Respondent. | ) | |

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE
**(assented to)**

NOW COMES counsel for the Respondent, Danny Kelly, and moves, in consultation with and with the assent of Probation and the government, to temporarily modify the Second Order of Conditional Release to allow Mr. Kelly and his wife to spend an overnight in Provincetown, Massachusetts on Saturday, May 21, 2022, and to return before 10:00 p.m. the following day, May 22. The Order currently provides for a 7:00 p.m. curfew and that Mr. Kelly maintain his residence. *See* "Second Order of Conditional Release," ECF 50, 09/22/2020, at ¶ 4 (as modified at ECF 70, 12/24/2021).

Respondent requests the curfew be lifted on May 21, and extended until 10:00 p.m. May 22, to permit Mr. Kelly and his wife to have the excursion. The address of the hotel where they will be staying will be provided to Probation in advance.

No other changes are requested at this time. Mr. Kelly shall remain in the company of his wife, who serves as a third party custodian, during the period.

Respondent's counsel has consulted with Probation and the government about this request. Probation and the government assent to this request.

WHEREFORE, Respondent requests the Court grant this request and lift the curfew provided for in the Second Order of Conditional Release on May 21, 2022, and extend the curfew until 10:00 p.m. on the following day May 22.

                      Respectfully submitted,

                      DANNY KELLY,
                      By his attorney,

                      /s/Ian Gold

                      Ian Gold (BBO #665948)
                      185 Devonshire Street, Suite 302
                      Boston, MA 02110
                      (617) 297-7686 (office & mobile)
                      ian.gold@iangoldlaw.com

May 16, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, May 16, 2021.

                                                          /s/ Ian Gold