UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 18-11102-MPK |
| | ) | |
| DANNY KELLY, | ) | |
| Respondent. | ) | |

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE
**(assented to)**

NOW COMES counsel for the Respondent, Danny Kelly, and moves, in consultation with and with the assent of Probation and the government, to temporarily modify the Second Order of Conditional Release to allow Mr. Kelly and his wife to attend an antique fair in Rowley, Massachusetts, on Sunday, August 21, 2022. The Order currently provides for a 7:00 p.m. to 6:00 a.m. curfew. *See* "Second Order of Conditional Release," ECF 50, 09/22/2020, at ¶ 4 (as modified at ECF 70, 12/24/2021).

Mr. Kelly requests the curfew be modified on August 21, 2022 to allow him to leave home at 4:00 a.m., so as to arrive at the antique fair in time for its opening at 5:00 a.m.

No other changes are requested at this time. Mr. Kelly shall remain in the company of his wife, who serves as a third party custodian, during the period.

Respondent's counsel has consulted with Probation and the government about this request. Probation and the government assent to this request.

WHEREFORE, Respondent requests the Court grant this request and modify the curfew provided for in the Second Order of Conditional Release on August 21, 2022, to allow Mr. Kelly to leave his home at 4:00 a.m..

Respectfully submitted,

DANNY KELLY,
By his attorney,

/s/Ian Gold

Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com

August 18, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Aug. 18, 2022.

/s/ Ian Gold