UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CIVIL NO. 18-11102-MPK |
| ) | |
| DANNY KELLY, ) | |
| Respondent. ) | |

## MOTION TO MODIFY ORDER OF CONDITIONAL RELEASE
**(assented to)**

NOW COMES counsel for the Respondent, Danny Kelly, and moves, in consultation with and with the assent of Probation and the government, to temporarily modify the Second Order of Conditional Release to allow Mr. Kelly and his wife to have dinner out with relatives who are visiting. The Order currently provides for a 7:00 p.m. to 6:00 a.m. curfew. *See* "Second Order of Conditional Release," ECF 50, 09/22/2020, at ¶ 4 (as modified at ECF 70, 12/24/2021).

Mr. Kelly requests the curfew be extended to 10:00 p.m. between the dates of September 2, 2022 and September 6, 2022.

No other changes are requested at this time. Mr. Kelly shall remain in the company of his wife, who serves as a third party custodian, during the period.

Respondent's counsel has consulted with Probation and the government about this request. Probation and the government assent to this request.

WHEREFORE, Respondent requests the Court grant this request and extend the curfew provided for in the Second Order of Conditional Release between the dates of September 2, 2022 and September 6, 2022.

Respectfully submitted,

DANNY KELLY,
By his attorney,

/s/Ian Gold


Ian Gold (BBO #665948)
185 Devonshire Street, Suite 302
Boston, MA 02110
(617) 297-7686 (office & mobile)
ian.gold@iangoldlaw.com


September 2, 2022


**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this date, Sept. 2, 2022.

/s/ Ian Gold